**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**SILVER DOLLAR SALES, INC.**                                     **PLAINTIFF**

**V.**                                     **NO. 1:22-CV-111-DMB-RP**

**DONALD M. PRESTON, individually;**
**TEAM ABUNDANCE LLC; TRUIST**
**BANK; and JOHN DOES 1-10**                                   **DEFENDANTS**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 15th day of August, 2022.

                                                    **/s/Debra M. Brown**
                                                    **UNITED STATES DISTRICT JUDGE**